SO ORDERED.

Dated: January 3, 2013

Redfield T. Baum, Bankruptcy Judge

Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602-253-8346
mail@ch13bk.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In Re

SANDRA LEE LOVELADY,

Debtor.

Chapter 13

Case No. 2-10-bk-40981 RTB

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF IRS**

Court Claim Number: 005

The Court, having reviewed the Trustee's Objection to Proof of Claim filed by IRS, and there being no response or timely response filed by the Claimant, it is

ORDERED sustaining the Trustee's Objection and Claim Number 005 is disallowed.

**ORDER SIGNED AND DATED ABOVE**