Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346
bkahlstorf@ch13bk.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re                                        Chapter 13

SANDRA LEE LOVELADY,
                                             Case No. 10-40981 PHX DPC

              Debtor(s).    **TRUSTEE'S MOTION TO DISMISS CASE**

_____

    Russell Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 1307(c), moves to dismiss the case. The Debtor(s) have defaulted for about 3 months in plan payments, totaling $4245.00. Pursuant to Local Rule 2084-15, the Court will grant the Motion unless by September 4, 2015, the Debtor(s): (1) Bring the Plan payments current; (2) File a Notice of Conversion to Chapter 7 and serve a copy on the Trustee; or (3) File a modified plan containing a moratorium of the delinquent Plan payments, or a motion for a moratorium, and serve it on all parties. A copy of this document was mailed to each party below on or before August 1, 2015:

CHARLES SABO
4700 S. MILL AVENUE, SUITE 7
TEMPE, AZ 85282


SANDRA LEE LOVELADY
11610 NORTH 149TH DRIVE
SURPRISE, AZ 85379

Case 2:10-bk-40981-DPC    Doc 60    Filed 07/31/15    Entered 07/31/15 16:35:35    Desc
Page 1 of 4

SANDRA LEE LOVELADY
11610 NORTH 149TH DRIVE
SURPRISE, AZ    85379


>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>










>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

CHARLES SABO
4700 S. MILL AVENUE, SUITE 7
TEMPE, AZ 85282

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

SANDRA LEE LOVELADY

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>